No. 11–11102. GAREY v. UNITED STATES, *ante*, p. 1041. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JANUARY 16, 2013

No. 12A706. GLEASON v. PEARSON, WARDEN. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

JANUARY 18, 2013

No. 12–158. BOND v. UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 12–484. UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER v. NASSAR. C. A. 5th Cir. Certiorari granted. ■

No. 12–547. METRISH, WARDEN v. LANCASTER. C. A. 6th Cir. Certiorari granted.